**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7534

KEITH EARL GODWIN,

Plaintiff - Appellant,

v.

HAROLD CLARKE, Director; ROBERT F. HALEY, II, Commonwealth
Attorney; CHESAPEAKE CIRCUIT COURT JUDGE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:13-cv-00691-RAJ-TEM)

Submitted:  January 15, 2015        Decided:  January 21, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keith Earl Godwin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Earl Godwin appeals the district court's order dismissing his civil action filed pursuant to 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Godwin v. Clarke, No. 2:13-cv-00691-RAJ-TEM (E.D. Va. Sept. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED